APPLIED MATERIALS, INC.,
Plaintiff–Appellee,

v.

MULTIMETRIXS, LLC, Mark Kesel,
Boris Kesil, and Elik Gershenzon,
Defendants–Appellants.

Nos. 2010–1149, 2010–1150.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2010.

Rohit K. Singla, Munger, Tolles & Olson, LLP, of San Francisco, CA, argued, for plaintiff-appellee. With him on the brief were Virginia L. Boesch and Sarala V. Nagala.

Jeffrey I. Kaplan, Kaplan Gilman & Pergament, LLP, of Woodbridge, New Jersey, argued for defendant-appellee.

GAJARSA, PROST, and MOORE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**